This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39139

**GRETCHEN WELCH,**

Plaintiff-Appellee,

v.

**ABQ ROOF SYSTEMS, LLC,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**James A. Noel, District Judge**

Bauman & Dow, P.C.
Christopher P. Bauman
Cynthia L. Weisman
Albuquerque, NM

for Appellee

Calvert Menicucci, P.C.
Sean R. Calvert
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Defendant ABQ Roof Systems is appealing from a district court order denying its motion to compel arbitration. We issued a calendar notice on October 15, 2020, proposing to affirm. Plaintiff has responded with a memorandum in support. Defendant has not filed a memorandum in opposition, and the time for doing so has expired. *See* Rule 12-210(D)(2) NMRA. Accordingly, we affirm the district court. *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 (stating that "[f]ailure to file a

memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice").

{2}     IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**BRIANA H. ZAMORA, Judge**